NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NEXSTEP, INC.,**
*Plaintiff-Appellant*

**v.**

**COMCAST CABLE COMMUNICATIONS, LLC,**
*Defendant-Appellee*

---

2022-1815, 2022-2005

---

Appeals from the United States District Court for the District of Delaware in No. 1:19-cv-01031-RGA, Judge Richard G. Andrews.

---

## ORDER

Upon consideration of the above-captioned related appeals,

IT IS ORDERED THAT:

The appeals are consolidated, and thus one set of briefs should be filed for the two appeals. The revised

official caption is reflected above. NexStep, Inc.'s principal brief remains due no later than August 18, 2022.

FOR THE COURT

July 15, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court