# United States Court of Appeals for the Federal Circuit

---

**NEXSTEP, INC.,**
*Plaintiff-Appellant*

**v.**

**COMCAST CABLE COMMUNICATIONS, LLC,**
*Defendant-Cross-Appellant*

---

2022-1815, 2022-2005, 2022-2113

---

Appeals from the United States District Court for the District of Delaware in No. 1:19-cv-01031-RGA, Judge Richard G. Andrews.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED AS TO THE APPEAL AND DISMISSED AS TO THE CROSS-APPEAL**

FOR THE COURT

October 24, 2024
Date

Jarrett B. Perlow
Clerk of Court