# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 4, 2025

Clerk
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Room 401
Washington, DC 20439

RECEIVED
MAR 1 2 2025
United States Court of Appeals
For the Federal Circuit

Re: NexStep, Inc.
v. Comcast Cable Communications, LLC
Application No. 24A847
(Your No. 2022-1815, 2022-2005, 2022-2113)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on March 4, 2025, extended the time to and including May 2, 2025.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Daniel N. Lerman
Kramer Levin Naftalis & Frankel LLP
2000 K Street NW
4th Floor
Washington, DC 20006

Clerk
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Room 401
Washington, DC 20439

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

quadient
FIRST-CLASS MAIL
IMI
$000.69
03/06/2025 ZIP 20543
043M31261251
US POSTAGE

Teri
United States Court of Appeals for the Federal
Circuit
717 Madison Place, N.W.
Room 8
Washington, DC 20439